UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                        Case No. 19-15779 BKC RAM
OCTAVIO FERNANDEZ                                          Chapter 7
XXX-XX-2070
        Debtor.
_____/

## DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE

COMES NOW the Debtor, Octavio Fernandez, by and through the undersigned counsel and pursuant to 11 U.S.C. Sec. 707(b) and files this Motion to Dismiss Chapter 7 Case and states:

1. This case was filed under Chapter 7 on April 30, 2019.

2. The debtor filed this case to discharge debt owed to a creditor which filed a lawsuit against him in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

3. The debtor believes it is in his best interests, as well as all the parties interests to dismiss rather than proceed under chapter 7.

WHEREFORE the Debtor, Octavio Fernandez, respectfully requests that this Honorable Court enter an order dismissing this case.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,
The Law Offices of Christian Paul Larriviere, P.A.
Counsel for the Debtor
4340 Sheridan Street, Suite 102
Hollywood, Florida 33021
P: (954) 239-7150
F: (954) 874-6110
E: Christian@cpllaw.com
By: _____/s/_____
Christian Paul Larriviere, Esq.
Florida Bar No: 571156